```
JOSEPH SCHLESINGER, #87692
Acting Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RUFINO OROZCO-MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:12-cr-0299 LJO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO ADVANCE CHANGE OF |
| v. | ) | PLEA HEARING; ORDER |
| | ) | |
| RUFINO OROZCO-MARTINEZ, | ) | Date:  January 28, 2013 |
| | ) | Time:  8:30 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Karen A. Escobar, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Rufino Orozco-Martinez, that the status conference currently set for February 4, 2013 at 1:00 p.m., **may be advanced and rescheduled to January 28, 2013, at 8:30 a.m for a change of plea hearing.**

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea January 28, 2013.

///

///

///

///

| | |
|---|---|
| | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: January 23, 2013 | */s/* Karen A. Escobar<br>KAREN A. ESCOBAR<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | JOSEPH SCHLESINGER<br>Acting Federal Defender |
| Dated: January 23, 2013 | /s/ Peggy Sasso<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>RUFINO OROZCO-MARTINEZ |

**ORDER**

IT IS SO ORDERED.

**Dated:   January 24, 2013**          /s/  **Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE

*Stipulation to Advance Hearing [PROPOSED ORDER]*          −2−